UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler |
| v. | : | Criminal No. 08-80-04, 09-397 |
| JUAN CARLOS CRUZ | : | |
| | : | ORDER |

THE DEFENDANT, Juan Carlos Cruz, having been arrested pursuant to a arrest warrants filed under the above-referenced criminal numbers, (as well as a provisional arrest warrant executed in the Dominican Republic); and the Defendant and having been returned to the United States; and the Defendant having been produced to this Honorable Court pursuant to such arrest warrants by the United States Marshals Service;

IT IS, on this 20 day of July, 2012,

ORDERED that the arrest warrants issued under criminal numbers 08-80-04, and 09-397 as to Defendant Juan Carlos Cruz only, are hereby satisfied.

_____
HONORABLE STANLEY R. CHESLER
United States District Judge